PHILLIP A. TALBERT
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Phone: 415-977-8954
    Fax: 415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| DESIREE MCDOUGAL for WALTER JASON INMAN,<br><br>    Plaintiff<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No: 1:16-cv-00962-EPG<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE BRIEF** |

For the reasons stated in the motion, the Court GRANTS an extension of time to file a Responsive Brief of thirty-two days from May 11, 2017 to June 12, 2017, with all other dates in this Scheduling Order (Social Security Appeal) extended accordingly.

IT IS SO ORDERED.

Dated: **May 15, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1