PHILLIP A. TALBERT
United States Attorney
District of Nevada
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
THEOPHOUS H. REAGANS CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:   (415) 977-8938
    Facsimile:    (415) 744-0134

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DISTRICT**

| | |
|---|---|
| DESIREE MCDOUGAL FOR WALTER JASON INMAN, | Case No. 1:16-CV-00962-EPG |
| Plaintiff | AMENDED JOINT STIPULATION FOR SECOND EXTENSION OF TIME TO FILE DEFENDANT'S RESPONSIVE BRIEF |
| v. | |
| NANCY A. BERRYHILL,[1] Acting Commissioner of Social Security, | **[ECF Nos. 15-16]** |
| Defendant. | |

      Plaintiff Desiree McDougal and Defendant, Nancy A. Berryhill, through her undersigned counsel of record, stipulate the approval of the Court, to extend the time for Defendant to file Defendant's

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Carolyn W. Colvin as the defendant in this suit. No further action needs to be taken to continue this case by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

Responsive Brief by thirty-two days from June 12, 2017 to July 12, 2017, with other dates in this Scheduling Order (Social Security Appeal) extended accordingly. This is the Defendant's second request for an extension.

There is good cause because, since the Defendant's previous extension, counsel has had numerous other deadlines, including District Court briefs, a dispositive motion in an employment law case, and an oral argument in a District Court case. Defendant's Counsel was also out of the office on approved leave for nearly two weeks in May, and, as of June 5, 2017, counsel will be out of the office on extended leave. Defendant transferred the case to another attorney in the office. As a result, the Defendant's new counsel needs additional time to respond to the issues Plaintiff raised in her Opening Brief. Supervisory Attorney, Theophous Reagans, files this Amended Stipulation for Extension on behalf of April Alongi. Counsel makes this request in good faith and without any intention of causing undue delay.

Counsel for Plaintiff has indicated, via e-mail, that she does not opposed this motion to extend.

Respectfully submitted this 5th day of June 2017.

    PHILLIP A. TALBERT
    United States Attorney
    DEBORAH LEE STACHEL
    Regional Chief Counsel, Region IX
    Social Security Administration

    */s/Theophous H. Reagans*
    THEOPHOUS H. REAGANS
    Assistant United States Attorney

    Attorneys for Defendant

    /s/ *Melissa Newel*
    MELISSA NEWEL

    Attorney for Plaintiff

**<u>ORDER</u>**

For the reasons provided in the parties' stipulation, good cause is shown to extend the time for Defendant to file Defendant's Responsive Brief from June 12, 2017 to July 12, 2017, with other dates in this Scheduling Order (Social Security Appeal) extended accordingly.

The motion for extension of time (ECF No. 15) filed on June 2, 2017 requests the same relief as the stipulation (ECF No. 16) filed on June 5, 2017. Thus, the motion for extension of time (ECF No. 15) is denied as moot.

IT IS SO ORDERED.

Dated: **June 5, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE